**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KONTRABECKI, | No. CV 06-0028 CRB |
| Defendant-Appellant, | **ORDER GRANTING TEMPORARY STAY** |
| v. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff-Appellee. | |

BK Adversary No.: 03-03264 DM
_____/

In re:
CENTRAL EUROPEAN INDUSTRIAL DEVELOPMENT COMPANY, LLC d/b/a CEIDCO,

    Debtor.

Bankruptcy Case No.: 02-30419-11-DM
_____/

In re:
THE KONTRABECKI GROUP, LP,

    Debtor.

Bankruptcy Case No.: 02-30421-11-DM
_____/

Now pending before the Court is John Kontrabecki's Emergency Motion for an order staying the bankruptcy court's order of civil contempt directing Mr. Kontrabecki to liquidate certain assets. The Court shall hold a hearing on the motion on Thursday, January 12, 2006 at 2:00 p.m. in Courtroom 8. Lehman Brothers shall file its opposition to the motion on or before Tuesday, January 11, 2006. Kontrabecki's motion for a stay is GRANTED pending the Court's ruling on the motion.

**IT IS SO ORDERED.**

Dated: January 6, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0028\orderrestay1.frm                2