1  PETER J. BENVENUTTI (Bar No. 60566)
   HELLER EHRMAN LLP
2  333 Bush Street
   San Francisco, CA 94104
3  Telephone:    415-772-6000
   Facsimile:    415-772-6268
4  Email: peter.benvenutti@hellerehrman.com

5  MARK S. KAUFMAN (Admitted Pro Hac Vice)
   McKENNA LONG & ALDRIDGE LLP
6  303 Peachtree Street, Suite 5300
   Atlanta, GA 30308
7  Telephone:    (404) 527-4000
   Facsimile:    (404) 527-4198
8  Attorneys for Plaintiff-Appellee
   Lehman Brothers Holdings Inc.

9

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13  JOHN KONTRABECKI,                          Case No. C 06-00028 CRB
                    Defendant-Appellant,
14                                             On Appeal from Bankruptcy Court
    v.                                         Adversary Proceeding No. 03-3264 DM
15
    LEHMAN BROTHERS HOLDINGS
16  INC.,
                    Plaintiff-Appellee.
17
    In re                                      [PROPOSED] ORDER ON EMERGENCY
18  CENTRAL EUROPEAN INDUSTRIAL                MOTION OF JOHN KONTRABECKI
    DEVELOPMENT COMPANY, LLC d/b/a,            FOR STAY PENDING APPEAL RE
19  CEIDCO,                                    ORDER TO LIQUIDATE MISSION
                                               WEST INTERESTS
20                  Debtor.
                                               Date:        January 12, 2006
21  Bk. No. 02-30419-11-DM                     Time:        2:00 p.m.
                                               Location:    Courtroom 8
22  In re                                                   450 Golden Gate Avenue
    THE KONTRABECKI GROUP, LP,                              San Francisco, CA 94102
23
                    Debtor.
24
25  Bk. No. 02-30421-11-DM

26       On January 12, 2006, the Court heard the Emergency Motion of Defendant-Appellant John

27  Kontrabecki for a Stay Pending Appeal (the "Stay Motion") from the Order of the Bankruptcy

28  Court entered January 4, 2006 (the "MW Order"), directing Mr. Kontrabecki to take various actions

Heller
Ehrman LLP    ORDER ON EMERGENCY MOT. STAY PENDING
              APPEAL RE LIQUIDATION OF MISSION WEST INTERESTS
              Case No. C-06-00028 CRB

to liquidate certain of his interests in partnerships affiliated with Mission West Properties, Inc. in order to pay compensatory sanctions awarded to Appellee Lehman Brothers Holdings Inc. ("Lehman") pursuant to an earlier order of the Bankruptcy Court (the "Sanctions Award").  Mr. Kontrabecki and Lehman appeared by counsel, as stated on the record.

Upon consideration of the briefs and supporting papers filed in support of and in opposition to the Stay Motion, and the argument of counsel, for the reasons stated by the Court on the record at the hearing, and good cause therefor appearing,

IT IS HEREBY ORDERED:

1.    The Stay Motion is Denied, except as provided below.

2.    The interim stay pending appeal of the MW Order, as ordered by the Court on January 6, 2006, shall expire at 2:15 pm on January 13, 2006, unless prior to that time Mr. Kontrabecki deposits his passport with the Court's clerk, to be held pending further order of the Court.

3.    If Mr. Kontrabecki timely deposits his passport as provided in the preceding paragraph, the court's stay of the MW Order shall remain effective until 12:00 noon on January 20, 2006, and shall expire at that time except as provided in paragraph 4 below.

4.    The stay of the MW Order shall continue in effect pending disposition of Mr. Kontrabecki's appeal of the MW Order only if, prior to 12:00 noon on January 20, 2006, Mr. Kontrabecki obtains and files with the Court and serves on counsel for Lehman a bond issued by a licensed and qualified bonding company in the amount of $7,000,000 in favor of Lehman, conditioned on the disposition of Mr. Kontrabecki's appeal from the MW Order.  The bond must be on customary terms acceptable to Lehman or approved by the Court, and must provide that, in the event Mr. Kontrabecki's appeal of the MW Order is resolved against him, the bonding company shall forthwith pay Lehman the full unpaid balance of the Sanctions Award, plus interest, costs and legal fees as permitted by law.

5.    The Court will rule without further hearing on Lehman's request to dismiss Mr. Kontrabecki's appeal for lack of jurisdiction and on Mr. Kontrabecki's request for discretionary review.  If Mr. Kontrabecki wishes to submit a further brief on that request or on any other issues

1  concerning his appeal, he shall do so by papers filed and served by noon on January 17, 2006.

2  Lehman may file and serve a response by noon on January 19, 2006.  Lehman's request to dismiss

3  the appeal and Mr. Kontrabecki's request for discretionary review shall be deemed submitted (a) at

4  noon on January 17, 2006, if Mr. Kontrabecki fails to file additional papers by that time, or (b)

5  upon the filing of (or expiration of the time for) Lehman's reply should Mr. Kontrabecki timely file

6  an additional brief.

8  Dated: __ January 17, 2006 .

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10  Approved as to form:

11  Law Offices of Steven F. Gruel
    Farella Braun + Martell LLP
12

13  _____

14  Attorneys for Appellee John Kontrabecki

28

Heller
Ehrman LLP

ORDER ON EMERGENCY MOT. STAY PENDING
APPEAL RE LIQUIDATION OF MISSION WEST INTERESTS
Case No. C-06-00028 CRB