PETER J. BENVENUTTI (Bar No. 60566)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: 415-772-6000
Facsimile: 415-772-6268
Email: peter.benvenutti@hellerehrman.com

MARK S. KAUFMAN (Admitted Pro Hac Vice)
McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198

Attorneys for Plaintiff-Appellee
Lehman Brothers Holdings Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KONTRABECKI,<br>              Defendant-Appellant,<br>v.<br>LEHMAN BROTHERS HOLDINGS INC.,<br>              Plaintiff-Appellee. | **Case No. C 06-00028 CRB**<br><br>On Appeal from Bankruptcy Court<br>Adversary Proceeding No. 03-3264 DM |
| In re<br>CENTRAL EUROPEAN INDUSTRIAL DEVELOPMENT COMPANY, LLC d/b/a, CEIDCO,<br>              Debtor.<br>Bk. No. 02-30419-11-DM<br>In re<br>THE KONTRABECKI GROUP, LP,<br>              Debtor.<br>Bk. No. 02-30421-11-DM | [~~PROPOSED~~] **ORDER ON EMERGENCY MOTION OF JOHN KONTRABECKI FOR STAY PENDING APPEAL RE ORDER TO LIQUIDATE MISSION WEST INTERESTS**<br><br>**Date:**       **January 12, 2006**<br>**Time:**       **2:00 p.m.**<br>**Location:**   **Courtroom 8**<br>                 **450 Golden Gate Avenue**<br>                 **San Francisco, CA 94102** |

On January 12, 2006, the Court heard the Emergency Motion of Defendant-Appellant John Kontrabecki for a Stay Pending Appeal (the "Stay Motion") from the Order of the Bankruptcy Court entered January 4, 2006 (the "MW Order"), directing Mr. Kontrabecki to take various actions

to liquidate certain of his interests in partnerships affiliated with Mission West Properties, Inc. in order to pay compensatory sanctions awarded to Appellee Lehman Brothers Holdings Inc. ("Lehman") pursuant to an earlier order of the Bankruptcy Court (the "Sanctions Award"). Mr. Kontrabecki and Lehman appeared by counsel, as stated on the record.

Upon consideration of the briefs and supporting papers filed in support of and in opposition to the Stay Motion, and the argument of counsel, for the reasons stated by the Court on the record at the hearing, and good cause therefor appearing,

IT IS HEREBY ORDERED:

1. The Stay Motion is Denied, except as provided below.

2. The interim stay pending appeal of the MW Order, as ordered by the Court on January 6, 2006, shall expire at 2:15 pm on January 13, 2006, unless prior to that time Mr. Kontrabecki deposits his passport with the Court's clerk, to be held pending further order of the Court.

3. If Mr. Kontrabecki timely deposits his passport as provided in the preceding paragraph, the court's stay of the MW Order shall remain effective until 12:00 noon on January 20, 2006, and shall expire at that time except as provided in paragraph 4 below.

4. The stay of the MW Order shall continue in effect pending disposition of Mr. Kontrabecki's appeal of the MW Order only if, prior to 12:00 noon on January 20, 2006, Mr. Kontrabecki obtains and files with the Court and serves on counsel for Lehman a bond issued by a licensed and qualified bonding company in the amount of $7,000,000 in favor of Lehman, conditioned on the disposition of Mr. Kontrabecki's appeal from the MW Order. The bond must be on customary terms acceptable to Lehman or approved by the Court, and must provide that, in the event Mr. Kontrabecki's appeal of the MW Order is resolved against him, the bonding company shall forthwith pay Lehman the full unpaid balance of the Sanctions Award, plus interest, costs and legal fees as permitted by law.

5. The Court will rule without further hearing on Lehman's request to dismiss Mr. Kontrabecki's appeal for lack of jurisdiction and on Mr. Kontrabecki's request for discretionary review. If Mr. Kontrabecki wishes to submit a further brief on that request or on any other issues

ORDER ON EMERGENCY MOT. STAY PENDING
APPEAL RE LIQUIDATION OF MISSION WEST INTERESTS
Case No. C-06-00028 CRB

concerning his appeal, he shall do so by papers filed and served by noon on January 17, 2006. Lehman may file and serve a response by noon on January 19, 2006. Lehman's request to dismiss the appeal and Mr. Kontrabecki's request for discretionary review shall be deemed submitted (a) at noon on January 17, 2006, if Mr. Kontrabecki fails to file additional papers by that time, or (b) upon the filing of (or expiration of the time for) Lehman's reply should Mr. Kontrabecki timely file an additional brief.

Dated: __January 17, 2006__.

UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

Approved as to form:

Law Offices of Steven F. Gruel
Farella Braun + Martell LLP

_____

Attorneys for Appellee John Kontrabecki